1058

LLOYD KESSLER, INC., *Respondent*, v. HAZEL DELL
SEWER DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-2-03340-8, James D. Ladley, J., entered
November 5, 1993. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Houghton,
J.

[No. 17945-8-II. Division Two. November 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER ALLEN JAHA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 93-1-00928-3, Thomas L. Lodge, J., entered
January 13, 1994. *Affirmed* by unpublished opinion per
Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 18278-5-II. Division Two. November 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S.
TATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-00806-6, D. Gary Steiner, J., entered May
5, 1994. *Affirmed* by unpublished opinion per Morgan, J.,
concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 32734-8-I. Division One. December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST
ZIEGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 86-1-00724-0, Richard J. Thorpe, J.,
entered April 9, 1993. *Reversed* by unpublished opinion
per Webster, J., concurred in by Kennedy, A.C.J., and
Cox, J.